No. 99–5334. TORRES *v.* B. F. I. WASTE SYSTEMS. C. A. 2d Cir. Certiorari denied. ▮

No. 99–5335. GINES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 99–5337. TYRONE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 99–5338. GILLIS *v.* O'BRIEN. Sup. Ct. Wis. Certiorari denied. ▮

No. 99–5339. GRAHAM *v.* GREEN ET AL. Sup. Ct. Va. Certiorari denied.

No. 99–5340. GARRETT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 99–5342. NIXON *v.* UNITED STATES. Ct. App. D. C. Certiorari denied. ▮

No. 99–5344. HOLLAND *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied. ▮

No. 99–5345. HOOKER *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5346. HALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–5347. ENRIQUEZ *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–5348. TRUESDALE ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 99–5349. YOUNG *v.* DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 99–5351. TURNER *v.* HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 99–5352. TAYLOR *v.* LEONARD, WARDEN. C. A. 6th Cir. Certiorari denied.